Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

United States District of Columbia

Civil Division

Ms. Monroe (Petitioner) (Movant)

Plaintiff's Name (Sealed) (Damaged)

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

United States Attorneys for District of Columbia

District of Columbia Superior Court

Pretrial Services / CSOSA

)
)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case: 1:21-cv-02057 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 7/29/2021
Description: TRO/PI (D-DECK)

Unconstitutional Institutionalization
None Economical Damages
Jury Demand



RECEIVED
Mail Room

JUL 2 9 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ms. Monroe (Petitioner) (Movant) |
| Street Address | 4520 Suitland Road PO Box 1359 |
| City and County | Suitland, PG |
| State and Zip Code | Maryland 20752 |
| Telephone Number | 443-314-3578 |
| E-mail Address | vickylawmail@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name              United States Attorneys for District of Columbia

Job or Title *(if known)*    Government Attorneys

Street Address      555 4th Street, NW

City and County     Washington, District of Columbia

State and Zip Code    20530

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name              District of Columbia Superior Court

Job or Title *(if known)*    Judges

Street Address      500 Indiana Avenue, NW

City and County     Washington, District of Columbia

State and Zip Code    20001

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name              District of Columbia Pre Trial Services

Job or Title *(if known)*    Director and Shani Spivey

Street Address      633 Indiana Avenue, NW

City and County     Washington, DC

State and Zip Code    20004

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name              CSOSA

Job or Title *(if known)*    Director

Street Address      633 Indiana Avenue, NW

City and County     Washington DC

State and Zip Code    20004

Telephone Number

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

TRO; PERMANENT ORDERS OF PROTECTION; HUMAN RIGHTS
Civil Rights; Due Process Rights; Deprivation of Rights; ADA; Slavery; Discrimination

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

      To date, defendants' are continuing to harass plaintiff to the tune of unnecessary and unreasonable imprisonment resulting in unconstitutional institutionalization resulting in rise for more claims of damages!

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? All events in this claim arose in District of Columbia United States of America and where petitioner believes that plaintiff is entitled to (TRO) Other orders of protection and money damages because on at least one occasion and potentially more than that, parties representing US Government including USDC Attorneys (1) Misrepresented facts to Superior Court during remote Criminal Proceedings! (2) When Superior Court Judges Issued, executed, enforced, Defected Bad Faith Warrants against plaintiff based on parties' misrepresentations! (3) When pretrial services CSOSA by and through Shani Spivey potentially misrepresented facts to Superior Court during and as result of Criminal Proceedings (4) As result of CSOSA sending harassing defendant warning notices! All of these events causes/subjects plaintiff to imprisonment!

B.    What date and approximate time did the events giving rise to your claim(s) occur? On or about June 17, 2021 in the morning right around 10:00 during remote criminal proceedings, USDC Attorney misrepresented facts about plaintiff's potential criminal offense, when she claimed to the court that (1) Plaintiff tampered with GPS monitoring device, she misrepresented because (2) She absolutely failed to state what constitutes Tampering (3) During the proceedings there were hiccups and conflicts concerning dates when plaintiff was supposed to allegedly appear resulting in parties alleging that he failed to appear (4) When USDC Attorneys reopened 2019 criminal case when it was closed (5) When DC Superior Court Judges issued, executed and apparently are enforcing Defected, Bad Faith, Unconstitutional, Unjust, Unnecessary, and Unreasonable Bench Warrants (6) As result of CSOSA sending harassing NOTICES from 2014 up to present day, and those are only the notices that petitioner could locate at the moment, more likely notices date all the way back to at least 2012! This is unnecessary and unreasonable without doubt HARASSMENT! These claims are worse than Slavery Treatment!

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On at least one occasion or probably more than parties' acting on behalf of US Government in their official capacities including USDC Attorneys did misrepresent facts and failed to take a stand for plaintiff's due process, civil and constitutional rights in failed efforts to preserve his rights concerning GPS Monitor Tampering, thus depriving him of his Rights when USDC Attorney in fact (1) Failed to state what constitutes tampering (2) Failed to state to the court that plaintiff had already been arrested for the alleged offense (3) Failed to state that plaintiff was released on the same day for the alleged offense (4) Failed to state that the device had been legally removed by police while plaintiff was in custody (5) Caused conflict concerning dates when plaintiff was suppose to allegedly appear (6) Caused conflict and prejudice proceedings in reopening 2019 criminal case when it was closed, that the plaintiff had already been committed and imprisoned for (7) Present prejudice with charging plaintiff with an offense that he was arrested for! All of these facts are subjecting and causing plaintiff to be unconstitutionally imprisoned

IV.    **Irreparable Injury**    resulting in UNCONSTITUIONAL INSTITUTIONALIZATION AND DAMAGES!

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. And again there is no amount of money that could actually compensate for the measure and severity of harms, injuries, and damages caused to plaintiff and petitioner resulting from defendants' egregious, over reach, over zealous, abusive, malicious, vindictive, and gross negligent adverse events and actions up to date resulting in plaintiff continuing to be adversely impacted and irreparable harmed from injuries sustained in the past, present, and future. The injuries are potentially life long and ever lasting! To date plaintiff continues to complain about all types of pains, sufferings, mental, physical, and emotional breakdowns and disturbances resulting from years of mistreatment and abuse up to present day! The bottom line is that all of the DEFECTED BAD FAITH, unnecessary and unreasonable BENCH WARRANTS that's being unleashed and unhinged against plaintiff is DEHUMINIZING, IN HUMANE, not necessary OR RESONABLE for a NONE VIOLENT PERSON! These warrants are MERITLESS, BASELESS, absolutely DESTRUCTIVE, DISCRIMINATORY, and petitioner reasonably believes that plaintiff could never get his normal life back!

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Petitioner asks this court to (1) Issue, execute, enforce (TRO) and any other Protection Orders against defendants' resulting from causes of action and adverse events (2) Petitioner reasonably believe that plaintiff should be compensated up to $50,000,000.00 in damages based on the facts that (3) defendants' are repeatedly violating plaintiff's civil, constitutional, and Due Process Rights resulting in his rights being Deprived of up to date (4) Defendants' are wrong for unnecessarily harassing plaintiff (5) Unreasonably harassing plaintiff (6) Unjustly imprisoning plaintiff (7) Unjustly arresting plaintiff then turning around and arresting him based on misrepresented claims (8) Defendants' are wrong for harassing a None Violent, Black, Disabled accused drug offender who is over zealously punished by a system of people who think it is just fine and dandy to misrepresent claims to the court and on behalf of the US Government just to escalate and fabricate criminal offenses resulting in excessive, unconstitutional bad faith bench warrants just to re imprison resulting in unconstitutional institutionalization, which also results in HABEAS CORPIOUS that results in damages (9) Defendants' are wrong for failing to release details of Shani Spivey's presented information to the court, which could potentially be misrepresented facts to the court in efforts to fabricate and escalate criminal offense charges resulting in plaintiff being unjustly imprisoned, bad faith warrants being issued, executed and enforced (10) USDC Attorneys are wrong because they are also obligated to preserve the rights of defendants' and they FAILED (11) Superior Court is wrong for issuing, executing, and enforcing bad faith warrants under misrepresentation, which constitutes, Bias unfair/partial treatment, prejudice proceedings, discrimination, abuse/misuse of Judicial Authority, impropriety appearance thereto (12) Superior Court Judges are wrong ~~and~~ Bypassing/Trespassing Civil Rights while in their official Judicial Capacities! For all these reasons plaintiff must be adequately compensated!

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    June 29, 2021

Signature of Plaintiff    *Ms. Monroe*

Printed Name of Plaintiff    Ms. Monroe (Petitioner) (Movant)

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address